IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

THE JUSTICE NETWORK, INC.                                         PLAINTIFF

v.                          NO. 3:17CV00169 JM

CRAIGHEAD COUNTY, JUDGE DAVID
BOLING, in his individual and official
capacity, JUDGE TOMMY FOWLER, in
his individual and official capacitiy,
CITY OF BAY, CITY OF BONO, CITY
OF BROOKLAND, CITY OF CARAWAY,
CITY OF CASH, CITY OF EGYPT,
CITY OF JONESBORO, LAKE CITY, and
CITY OF MONETTE                                                   DEFENDANTS

## JUDGMENT

Consistent with the Order entered on this date, it is CONSIDERED, ORDERED, and ADJUDGED that all claims against the defendants are DISMISSED.

DATED this 28th day of November, 2017.

_____
James M. Moody Jr.
United States District Judge